# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 24-cr-00131-CG |
| | * | |
| **AUSTAL USA, LLC** | * | |
| | * | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW AUSTAL USA, LLC by and through the undersigned counsel and hereby gives notice of its intent to enter a plea of guilty to an information to be filed by the United States Attorney's Office, Southern District of Alabama and the Department of Justice, Criminal Division, Fraud Section (the "Offices"), pursuant to an agreement with those Offices.

Respectfully submitted this 15th day of August 2024.

s/*ISAAC ADAMS*
Isaac Adams
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000
iadams@sidley.com

Edward C. O'Callaghan
Cahill Gordon & Reindel LLP
1990 K Street, N.W.
Suite 950
Washington, D.C. 20006
202-862-8900
eocallaghan@cahill.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Notice of Intent to Plead Guilty upon the U.S. Attorney's Office, Southern District of Alabama, 60 South Royal Street, Suite 600, Mobile, Alabama 36602, and the Department of Justice, Criminal Division, Fraud Section, 1400 New York Avenue, NW, Washington, D.C. 20005 by email the 15th day of August 2024.

                                        s/*ISAAC ADAMS*
                                        **Isaac Adams**
                                        **Attorney for Austal USA, LLC**